1

2

3

Dault & Associates, PLLC
Brian C. Dault, Esq.
908 W. Chandler Blvd., Suite D
Chandler, Arizona 85225
480-305-5970
brian@daultlaw.com

4

5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

6

7

In Re:

DONALD J. LYNCH &

Case No.: 4:10-bk-32184-EWH

8

9

DEBBIE L. LYNCH,

**EMERGENCY MOTION FOR CHANGE OF VENUE**

10

Debtors.

11

12

        COMES NOW, debtors, through their attorney, Brian C. Dault, and hereby moves this Court for

13

a change of venue. Debtor's home address was improperly listed causing the case to be filed under the

14

incorrect city, zip code, and county. The voluntary petition has been amended to reflect the debtor's

15

correct address in Chandler, AZ.

16

        A motion for change of venue is hereby requested based upon an error which occurred due to

17

debtor's prior home address in Pinal County being listed on the voluntary petition instead of debtor's

18

current address in Maricopa County. This caused the meeting of creditors to be improperly scheduled in

19

Casa Grande, AZ.

20

21

DATED this 25th day of October, 2010.

22

                                        Respectfully Submitted,

23

                                        /s/ Brian C. Dault_____
                                        Brian C. Dault

24

                                        Attorney for Debtors

25

## CERTIFICATE OF SERVICE

I hereby certify that copies of this notice were mailed by me on the today's date to all creditors and interested parties as set forth in the attached list of creditors and the following:

Clerk of the U.S. Bankruptcy Court
230 North First Avenue #101
Phoenix, AZ 85003

Stanley J. Kartchner
7090 N. Oracle Road, #178-204
Tucson, AZ 85704
*Trustee*

United States Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003

Donald & Debbie Lynch
160 N. Bradley Street
Chandler, AZ 85226
*Debtors*

October 25, 2010                    /s/Brian C. Dault